UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                             Case No. 19-48072
DAVIS CURTIS                           Chapter 13
                                                         Hon. MARK A. RANDON

_____/

## POST-CONFIRMATION PLAN MODIFICATION

Debtor(s), have filed papers with the Court to Modify their confirmed Chapter 13 Plan.

An Order Confirming Plan had been entered. The Debtor(s) propose to modify the confirmed plan pursuant to LBR 3015-2(b) as follows:

(1)      To increase the Chapter 13 plan payment to $2,645.10 monthly.

(2)      Debtors delinquent plan payments are hereby excused.

(3)      Debtor's obligation to remit their 2019 income tax refund in the amount of $1,027.00 is hereby excused.

(4)      In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

That this modification is being filed for the following reasons:

(1) Debtor was unexpectedly laid off work due to the Covid-19 global pandemic and Debtor was unable to make his Chapter 13 Plan payments. He is currently receiving unemployment and due to medical reasons he expecting to receive permanent disability. Debtor's non-filing spouse began working to make ends meet and now with her income along with his unemployment, Debtor and his wife are able to make his plan payment going forward and Debtor's counsel is in the process of implementing a ACH contemporaneously with the filing of this Plan Modification.
(2) Debtor was entitled to a federal income tax refund of $1,027.00 for the 2019 tax year. Because Debtor had lost his employment, he and his family

had to utilize the full tax refund to pay regular budgetary expenses (Debtor will provide a copy of his tax returns and an Affidavit attesting to same in conjunction with the filing of this pleading).

That this plan modification will not affect any class of creditors:

a) No classes of creditors are impacted.

Attached as Exhibit (1) is a Notice of Deadline to Object to Proposed Chapter 13 Plan Modification (2) Proposed Order Modifying said Plan in accordance with this Proposed Post-Confirmation Plan Modification. Attached as Exhibit (3) is a Certificate of Service. Attached as Exhibit (4) is a copy of Plan Calc I showing $0.00 being paid to unsecured creditors. Attached as Exhibit (5) is a copy of the liquidation analysis.

Wherefore Debtor(s) respectfully request from this Honorable Court that their post-confirmation plan modification be granted.

Respectfully submitted,

DATE: February 10, 2021

/s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
25140 Lahser Rd., Ste. 252-B
Southfield, MI 48033
(586) 909-8017
Sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | Case No. 19-48072 |
| DAVIS CURTIS | Chapter 13 |
| | Hon. MARK A. RANDON |

_____/

Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Krispen S. Carroll, Chapter 13 Trustee, 719 Griswold St., Ste. 1100, Detroit, MI 48226
Jesse R. Sweeney, Attorney for Debtor, 25140 Lahser Rd., Ste. 252-B, Southfield, MI 48033

| | |
|---|---|
| DATE: February 10, 2021 | /s/ Jesse R. Sweeney |
| | Jesse R. Sweeney (P60941) |
| | Sweeney Law Offices, P.L.L.C. |
| | Attorney for Debtor |
| | 25140 Lahser Rd., Ste. 252-B |
| | Southfield, MI 48033 |
| | (586) 909-8017 |
| | Sweeneylaw2005@yahoo.com |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                      Case No. 19-48072
DAVIS CURTIS                         Chapter 13
                                                       Hon. MARK A. RANDON

_____/

<u>PROPOSED ORDER FOR POST-CONFIRMATION PLAN MODIFICATION</u>

       Upon the reading and filing of Debtor's Certification of Non Response for Notice of Proposed Post-Confirmation Plan Modification;

IT IS HEREBY ORDERED:

(1)     To increase the Chapter 13 plan payment to $2,645.10 monthly.

(2)     Debtors delinquent plan payments are hereby excused.

(3)     Debtor's obligation to remit their 2019 income tax refund in the amount of $1,027.00 is hereby excused.

(4)     In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Case No. 19-48072
DAVIS CURTIS                               Chapter 13
                                                           Hon. MARK A. RANDON

_____/

## CERTIFICATE OF SERVICE

      I, Jesse R. Sweeney, counsel for the aforementioned Debtor(s), hereby certify that I electronically filed Debtor's Post-Confirmation Plan Modification, Notice of Plan Modification, proposed Order, liquidation analysis, Exhibits, and Plan Calc II with the Clerk of the Court using the ECF system and on the date listed to the left of my signature, I served said document, either electronically or by First Class United States Postal Service mail to all those at the below listed addresses:

United States Trustee
211 W Fort Street, Suite 700
Detroit, MI 48226

Krispen S. Carroll
Chapter 13 Trustee
notice@det13ksc.com

and attached matrix

DATE: February 10, 2021                          /s/ Jesse R. Sweeney
                                                                        Jesse R. Sweeney (P60941)
                                                                        Sweeney Law Offices, P.L.L.C.
                                                                        Attorney for Debtor
                                                                        25140 Lahser Rd., Ste. 252-B
                                                                        Southfield, MI 48033
                                                                        (586) 909-8017
                                                                        sweeneylaw2005@yahoo.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 19-48072-mar<br>Eastern District of Michigan<br>Detroit<br>Wed Feb 10 16:49:45 EST 2021 | American First Finance<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Krispen S. Carroll<br>719 Griswold<br>Suite 1100<br>Detroit, MI 48226-3314 |
| Christian Financial CU<br>18441 Utica Road<br>Roseville, MI 48066-4299 | David J. Curtis<br>53472 Fox Pointe Drive<br>New Baltimore, MI 48047-6371 | Heather L. Donald<br>Cadillac Place<br>3030 W. Grand Blvd.<br>Suite 10-200<br>Detroit, MI 48202-6030 |
| Enhanced Recovery<br>PO Box 57547<br>Jacksonville, FL 32241-7547 | Christopher E. Frank<br>P.O. Box 2191<br>Royal Oak, MI 48068-2191 | IRS<br>Centralized Insolvency Operations<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Erin Ashley-Bartos Kramer<br>25140 Lahser Road<br>Suite 252-B<br>Southfield, MI 48033-2753 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Michigan Department of Treasury<br>Bankruptcy Unit, P.O. BOX 30168<br>Lansing, MI 48909<br>5 48909-7668 | Michigan Department of Treasury<br>Collection Services<br>PO BOX 30199<br>Lansing, MI 48909-7699 | Orlans & Associates<br>1650 West Big Beaver Road<br>Troy, MI 48084-3534 |
| Portfolio Recov Assoc<br>120 Corporate Blvd Ste 100<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Regional Acceptance Corp<br>1424 E Fire Tower Road<br>Greenville, NC 27858-4105 |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | Craig B. Rule<br>1650 West Big Beaver Road<br>Troy, MI 48084-3534 | State of MI Dept of Treasury<br>Bankruptcy Unit<br>PO BOX 30168<br>Lansing, MI 48909-7668 |
| State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 | Jesse R. Sweeney<br>25140 Lahser Road<br>Suite 252B<br>Southfield, MI 48033-6300 | US Attorney<br>Attn : Civil Division<br>211 West Fort Street<br>Detroit, MI 48226-3277 |
| United States Trustee<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226-3263 | Wells Fargo Bank, N.A.<br>Attn: Default Document Processing<br>MAC# N9286-01Y, 1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>PO BOX 21125<br>Philadelphia, PA 19114 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

**The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.**

| | | |
|---|---|---|
| (u)Christian Financial Credit Union | (u)Wells Fargo Bank, N.A., | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    2<br>Total                28 |

# ATTACHMENT 1

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | | | | | |
| **53472 Fox Pointe Drive New Baltimore, MI 48047 Macomb County** | 230,000.00 | 201,486.00 | 28,514.00 | 25,150.00 | 3,364.00 |
| **PERSONAL RESIDENCE (total)** | 230,000.00 | 201,486.00 | 28,514.00 | 25,150.00 | 3,364.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| **Misc. articles of furniture and appliances.** Location: 53472 Fox Pointe Drive, New Baltimore MI 48047 | 7,000.00 | 0.00 | 7,000.00 | 7,000.00 | 0.00 |
| **HHG/PERSONAL EFFECTS (total)** | 11,500.00 | 0.00 | 11,500.00 | 9,500.00 | 2,000.00 |
| **JEWELRY** | | | | | |
| **Wedding rings.** Location: 53472 Fox Pointe Drive, New Baltimore MI 48047 | 3,000.00 | 0.00 | 3,000.00 | 1,700.00 | 1,300.00 |
| **JEWELRY (total)** | 3,000.00 | 0.00 | 3,000.00 | 1,700.00 | 1,300.00 |
| **CASH/BANK ACCOUNTS** | 128.00 | 0.00 | 128.00 | 0.00 | 128.00 |
| **VEHICLES** | | | | | |
| **2008 F Taurus 110,000 miles** Location: 53472 Fox Pointe Drive, New Baltimore MI 48047 | 5,000.00 | 0.00 | 5,000.00 | 4,000.00 | 1,000.00 |
| **2005 Ford Mercury 130,000 miles** Location: 53472 Fox Pointe Drive, New Baltimore MI 48047 | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 |
| **VEHICLES (total)** | 10,000.00 | 0.00 | 10,000.00 | 5,325.00 | 4,675.00 |
| **OTHER (*itemize*)** | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **401k: TransAmerica** | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |
| **OTHER (total)** | 5,000.00 | 0.00 | 5,000.00 | 5,000.00 | 0.00 |

Amount available upon liquidation $ 11,467.00

Less administrative expenses and costs $ 16,600.00

Less priority claims $ 7,763.18

Amount Available in Chapter 7 $ 0.00







19-48072-mar    Doc 73    Filed 02/10/21    Entered 02/10/21 16:52:31    Page 12 of 12